UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
ABIGAIL DOOLITTLE,

                         Plaintiff,                    Case No. 22-cv-09136 (JLR)

- against -                                            **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

BLOOMBERG L.P. and MARK CRUMPTON,

                         Defendants.
------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiff, Abigail Doolittle ("Plaintiff" or "Doolittle") and attorneys for Defendant Mark Crumpton ("Crumpton") that the time for Crumpton to respond to the Complaint is hereby extended until December 12, 2022;

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and that faxed or photocopied signatures shall be considered as valid signatures; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this may be filed with the Court without further notice to the parties.

Dated: New York, New York
         November 23, 2022

        PHILLIPS & ASSOCIATES,
        ATTORNEYS AT LAW, PLLC
        Attorneys for Plaintiff

By: _____
        Marjorie Mesidor
        Joseph Myers
        585 Stewart Avenue, Suite 410

Garden City, New York 11530
(212) 248-7431
mmesidor@tpglaws.com
jmyers@tpglaws.com


AGUILAR BENTLEY LLC
Attorneys for Defendant, Mark Crumpton


By: _____/s/ Anna Aguilar_____
Anna Aguilar
5 Penn Plaza, 19th floor
New York, New York 10001
(212) 835-1521
aaguilar@aguilarbentley.com