

Attorneys at Law

David W. Garland
t 212.351.4708
f 212.878.8600
DGarland@ebglaw.com

January 26, 2023

**VIA ECF**

Hon. Jennifer L. Rochon
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

    Re:  *Doolittle v. Bloomberg L.P., et al*
          Case No. 22 CV 09136 (JLR)

Dear Judge Rochon:

    This firm represents defendant Bloomberg L.P. in the above-captioned matter. We write to request an adjournment of the February 22, 2023 initial case management conference scheduled in Your Honor's Order, dated October 27, 2022. (ECF No. 7). The reason for this request is that I will be in an arbitration hearing in the American Arbitration Association on that date. As alternative dates for the conference, we propose March 2, 14, or 15, 2023. This is our first request for an adjournment of this conference, and counsel for all parties consent to this request. Alternatively, if the case management conference is converted to a telephonic one, I will ask the Arbitrator for time to attend it on February 22.

    Thank you for your courtesies in this matter.

                              Respectfully submitted,

                              */s David W. Garland*

                              David W. Garland

cc:  Anna Aguilar, Esq. (via ECF)
      Marjorie Mesidor, Esq. (via ECF)
      Joseph Myers, Esq. (via ECF)

The request is GRANTED. The February 22, 2023 Conference is adjourned to **March 2, 2023 at 2:30 P.M.**

SO ORDERED

Dated: January 27, 2023
New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Epstein Becker & Green, P.C. | 875 Third Avenue | New York, NY 10022 | t 212.351.4500 | f 212.878.8600 | ebglaw.com

FIRM:57928055