

Attorneys at Law

David W. Garland
t  212.351.4708
f  212.878.8600
DGarland@ebglaw.com

April 7, 2023

**VIA ECF**

Hon. Jennifer L. Rochon
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

    Re: *Doolittle v. Bloomberg L.P., et al*
           Case No. 22 CV 09136 (JLR)

Dear Judge Rochon:

    This firm represents defendant Bloomberg L.P. ("Bloomberg") in the above-captioned matter. We write in response the Court's April 5, 2023 Text Order scheduling a hearing on Plaintiff's counsel's request to withdraw as counsel (ECF No. 23). Bloomberg does not intend to oppose Plaintiff's counsel's request; we will attend the hearing to answer any questions that may arise and to address any matters raised for the first time at the hearing.

    Thank you for your courtesies in this matter.

Respectfully submitted,

*/s David W. Garland*

David W. Garland

cc:    Anna Aguilar, Esq. (via ECF)
        Marjorie Mesidor, Esq. (via ECF)
        Joseph Myers, Esq. (via ECF)