# PHILLIPS & ASSOCIATES

*Attorneys at Law*

585 STEWART AVENUE, SUITE 410, GARDEN CITY, NEW YORK 11530
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

April 6, 2023

**Via ECF:**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **Doolittle v. Bloomberg L.P., et al.**
      **Case No.: 22-cv-9136**

Dear Judge Rochon:

On March 30, 2023, our office filed a motion to withdraw as counsel for Plaintiff, Abigail Doolittle, ("Plaintiff") in this matter. On April 5, 2023, the Court issued an Order scheduling an in-person hearing on our motion to withdraw for April 12, 2023 at 10:00 AM. Later that same day, April 5, 2023, our office forwarded a copy of the Order to Plaintiff. Thereafter, Plaintiff advised our office that she would be out of state on previously arranged travel during the scheduled hearing date. As such, Plaintiff asked us to respectfully convey to the Court her request to adjourn the hearing. We conferred with counsel for Defendants, who like our office consent to the adjournment of the conference, and all parties are available on April 18, April 19 and April 26.

Plaintiff further asked us to respectfully request that the Court conduct the hearing by telephone or over Zoom (or similar videoconferencing platform). Plaintiff makes this request because if the hearing proceeds in-person, she will have to take time off from work, which may be difficult to obtain following on the heels of her travel. In contrast, should the hearing proceed by telephone or over Zoom, a request for time off may be unnecessary. While our office consents to conducting the hearing remotely, Defendants do not consent.

We thank the Court for its time and consideration.

Respectfully,
PHILLIPS & ASSOCIATES

/s/
Joseph Myers
585 Stewart Avenue, Suite 410
Garden City, New York 11530
(212) 248-7431
jmyers@tpglaws.com

cc (*via email*): Abigail Doolittle
cc (*via ECF*): Counsel for Defendants

---

The request is GRANTED. The April 12, 2023 conference is adjourned to **April 18, 2023** at **11:00 AM**. The Court will convert the hearing to a video conference. The parties shall provide their contact information to the Court via a joint letter on ECF. *See* Rochon Individual Rules of Civil Practice, 2B. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 and using the Access Code: 5583342.
Dated: April 7, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge