

5 Penn Plaza, 19th Floor
New York, New York 10001
212.835.1521

www.aguilarbentley.com

171 East Ridgewood Ave, Ste. 201
Ridgewood, New Jersey 07450
212.835.1521

April 12, 2023

<u>*Via ECF*</u>

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    <u>Doolittle v. Bloomberg, L.P., et al. Civil Action No. 22-cv-9136</u>

Dear Judge Rochon:

      This firm represents Defendant Mark Crumpton, in the above-referenced matter. I am writing on behalf of all of the Parties pursuant to Your Honor's text order dated April 7, 2023 and Rule 2B of Your Honor's Individual Rule of Practice. The Court has scheduled a hearing via video conference on April 18, 2023 at 11:00 a.m. in connection with Plaintiff's motion to withdraw as counsel. Below is a list of counsel who anticipate speaking during the hearing:

Anna Aguilar
Aguilar Bentley LLC
(917) 847-9251
aaguilar@aguilarbentley.com
*(On behalf of Mark Crumpton)*

David W. Garland
Epstein Becker Green
(212) 351-4708
dgarland@ebglaw.com
*(On behalf of Bloomberg L.P.)*

Marjorie Mesidor
Joseph Myers
Phillips & Associates
(516) 365-3731
mmesidor@tpglaws.com
jmyers@tpglaws.com
*(Counsel of Record for Plaintiff)*

We would be grateful if the Court could please advise the Parties how to access the video conference hearing on April 18, 2023. Thank you for your attention in this matter.

Respectfully submitted,

*Anna Aguilar*

Anna Aguilar