# REAVIS PAGE JUMP LLP

Alice K. Jump*

ajump@rpjlaw.com

*admitted to practice law in New York

Attorneys and Affiliated Attorneys admitted to practice law in New York, Connecticut, District of Columbia (admission pending), Massachusetts, New Jersey, California, Colorado, Hawaii, Oregon, Texas, European Union, England and Wales, France (Paris Bar) and Sweden.

RPJ is a certified Women's Business Enterprise.

41 Madison Avenue
41st Floor
New York, NY  10010

Telephone  (212) 763-4100
Facsimile  (212) 763-4141

www.rpjlaw.com

June 14, 2023

<u>Via ECF</u>

Hon. Jennifer L. Rochon
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

  Re: ***Abigail Doolittle v. Bloomberg L.P. and Mark Crumpton, Case No. 22-cv-09136***

Dear Judge Rochon:

  We write to inform you that the undersigned has been retained and will appear as counsel on behalf of Plaintiff Abigail Doolittle in the above-captioned action:

Reavis Page Jump LLP
Alice K. Jump
Jill Kahn Marshall
41 Madison Avenue, 41st Floor
New York, NY 10010
Phone: (212) 763-4100
Email: ajump@rpjlaw.com
jmarshall@rpjlaw.com

  We will file notices of appearances via ECF.

In accordance with Your Honor's Memo Endorsement dated April 18, 2023 (ECF Docket No. 32), Plaintiff's counsel will confer with Defendants' counsel and provide a new Case Management Plan to the Court on or before June 30, 2023.

Respectfully submitted,

Alice K. Jump

cc: David Wayne Garland, Esq. (via ECF)
Anna Conlon, Aguilar, Esq. (via ECF)