UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ABIGAIL DOOLITTLE,

                          Plaintiff,                        Case No.: 22-cv-09136

           -against-                        **NOTICE OF APPEARANCE**

BLOOMBERG L.P. and MARK CRUMPTON,

                          Defendants.

------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned, who is admitted to practice in the State of New York, hereby appears as counsel on behalf of Plaintiff Abigail Doolittle in the above-captioned action. Contact information for the undersigned counsel is as follows:

Alice K. Jump
Reavis Page Jump LLP
41 Madison Avenue, 41st Floor
New York, NY 10010
Tel: (212) 763-4100
Fax: (212) 763-4141
ajump@rpjlaw.com

      Please notify the undersigned of all filings, notices, motions, etc. in the above-captioned action at the address listed above.

Date:   June 14, 2023
          New York, New York                  REAVIS PAGE JUMP LLP

                                                                  By:  /s/ Alice K. Jump
                                                                           Alice K. Jump
                                                                           41 Madison Avenue, 41st Floor
                                                                           New York, New York 10010
                                                                           (212) 763-4100
                                                                           ajump@rpjlaw.com