# REAVIS PAGE JUMP LLP

Alice K. Jump, Esq.*
AJump@rpjlaw.com

*Admitted to practice in New York

Attorneys and Affiliated Attorneys admitted to practice law in New York, Connecticut, District of Columbia, Massachusetts, New Jersey, California, Colorado, Hawaii, Oregon, Texas, European Union, England and Wales, France (Paris Bar) and Sweden.

RPJ is a certified Women's Business Enterprise.

41 Madison Avenue
41st Floor
New York, NY  10010

Telephone  (212) 763-4100
Facsimile  (212) 763-4141

www.rpjlaw.com

April 23, 2024

**Via ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> The request is GRANTED.  In submitting the unredacted version of her memorandum of law in opposition to Defendant Crumpton's motion, Plaintiff shall limit its viewership to the Court and participants in the case.
>
> SO ORDERED.
>
> Dated:  April 23, 2024
> New York, New York
>
> /s/ Jennifer Rochon
> **JENNIFER L. ROCHON**
> United States District Judge

Re:  *Doolittle v. Bloomberg L.P. and Mark Crumpton*, No. 22-cv-09136 (JLR)

Dear Judge Rochon:

As instructed by yesterday's Court order (Dkt. No. 71), Plaintiff Abigail Doolittle is notifying the Court that she is filing an opposition to Defendant Mark Crumpton's Motion for a Protective Order today.  Pursuant to Section 4(B)(i) of Your Honor's Individual Rules of Practice in Civil Cases, Plaintiff respectfully moves to seal the unredacted version of her forthcoming Memorandum of Law in Opposition to Defendant Mark Crumpton's ("Defendant") Motion for Protective Order (Dkt. No. 64).

Your Honor granted Defendant's motion to the Court (Dkt. No. 72) to seal Defendant's memorandum of law and the accompanying declarations filed in support of his motion for protective order.  In preparing her opposition, Plaintiff has cited to the sealed documents and, as such, respectfully requests that the Court grant her leave to file the unredacted version of her memorandum of law under seal.

We appreciate the Court's attention to this matter.

Respectfully,

*/s/ Alice K. Jump*

Alice K. Jump

Cc:     Counsel of Record (via ECF)