# Kotchen & Low LLP

1918 NEW HAMPSHIRE AVE. NW, WASHINGTON DC, 20009 | Tel: (202) 471-1995 | Fax: (202) 280-1128 | INFO@KOTCHEN.COM

August 27, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court, S.D.N.Y.
500 Pearl Street, Room 1010
New York, NY 10007

      RE:    *Doolittle v. Bloomberg L.P.*, No. 22-CV-09136 (JLR)
              Plaintiff's Letter Motion to Adjourn or Advance Conference

Dear Judge Rochon:

      Pursuant to Section 1(F) of Your Honor's Individual Rules of Practice in Civil Cases, we write on behalf of Plaintiff Abigail Doolittle to respectfully request that the conference scheduled for August 29, 2024 (Dkt. 102) be rescheduled to occur on August 28, September 3, or September 6, at the times listed below. I have a long-standing commitment on August 29 that, unfortunately, I cannot cancel. We have coordinated with counsel for Defendants, and they consent to this request. The following alternative dates and times work for all parties:

- August 28, 2024 between 12 p.m. and 2 p.m. ET
- September 3, 2024 between 10 a.m. and 12 p.m. ET
- September 6, 2024 after 12 p.m. ET

      This is Ms. Doolittle's first request for an adjournment of this conference. We thank Your Honor for her consideration of this request.

Respectfully submitted,

/s/Daniel Kotchen
Daniel Kotchen (*pro hac vice*)
Amanda Burns
**KOTCHEN & LOW LLP**
1918 New Hampshire Ave. NW
Washington, DC 20009
Telephone: (202) 468-4014
Facsimile: (202) 280-1128
dkotchen@kotchen.com
aburns@kotchen.com

*Attorneys for Plaintiff*

The request is GRANTED. The remote conference is adjourned from August 29, 2024 to September 6, 2024 at 2:30 p.m.

Dated: August 27, 2024
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

CC: All counsel of record via CM/ECF