UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABIGAIL DOOLITTLE,<br><br>                          Plaintiff,<br><br>-against-<br><br>BLOOMBERG L.P., et al.,<br><br>                          Defendants. | Case No. 1:22-cv-09136 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On May 6, 2024, the Court adjourned the parties' post-discovery pre-trial conference pending a final resolution as to Defendant Crumpton's deposition. Dkt. 87. On October 27, 2024, the Court ordered Mr. Crumpton's deposition to proceed on October 28, 2024, and set an expert discovery deadline of November 8, 2024. Dkt. 125.

      In light of the completion of discovery in this case, the parties shall have a post-discovery pre-trial conference on December 11, 2024, at 12:00 p.m.

Dated: November 22, 2024
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*

                                            JENNIFER L. ROCHON
                                            United States District Judge