# Kotchen & Low LLP

1918 NEW HAMPSHIRE AVE. NW, WASHINGTON DC, 20009  |  Tel: (202) 471-1995  |  Fax: (202) 280-1128  |  INFO@KOTCHEN.COM

November 26, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court, S.D.N.Y.
500 Pearl Street, Room 1010
New York, NY 10007

      RE:    *Doolittle v. Bloomberg L.P.*, No. 22-CV-09136 (JLR)
                Plaintiff's Letter Motion to Adjourn Post-Discovery Pre-Trial Conference

Dear Judge Rochon:

      Pursuant to Section 1(F) of Your Honor's Individual Rules of Practice in Civil Cases, I write on behalf of Plaintiff Abigail Doolittle to request an adjournment of the post-discovery pre-trial conference scheduled for December 11, 2024 (Dkt. 127). I am unavailable on December 11 due to a scheduling conflict, and David Garland (counsel for Bloomberg) has informed me that he will be traveling from December 14 until the end of the month. In the new year, I will be unavailable until January 13, 2025. Accordingly, Ms. Doolittle seeks to reschedule the conference to January 13, 14, or 16, 2025, or as soon thereafter as the Court may order. This is Ms. Doolittle's first request for an adjournment of this conference and Defendants consent to this request and are available on the dates provided.

      Ms. Doolittle further requests that, given the upcoming holidays, the Court modify the schedule for submission of pre-motion letters concerning motions for summary judgment or to exclude expert testimony so that opening letters will be due on December 13, 2024 and responses on December 20, 2024. Defendants consent to this modification.

      I thank Your Honor for her consideration of this request.

The parties' request for an adjournment of the post-discovery pre-trial conference currently scheduled for December 11, 2024 is GRANTED.  The post-discovery pre-trial conference shall be rescheduled to January 14, 2025 at 2:30 p.m.  The parties' request for an extension of time to submit pre-motion letters regarding motions for summary judgment or to exclude expert testimony is also GRANTED.  Opening letters will be due on December 13, 2024, and responses shall be due December 20, 2024.

Respectfully submitted,

/s/Daniel Kotchen
Daniel Kotchen (*pro hac vice*)
**KOTCHEN & LOW LLP**
1918 New Hampshire Ave. NW
Washington, DC 20009
Telephone: (202) 468-4014
Facsimile: (202) 280-1128
dkotchen@kotchen.com

*Attorney for Plaintiff*

Dated: November 27, 2024
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

CC: All counsel of record via CM/ECF

1