UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABIGAIL DOOLITTLE,<br><br>                      Plaintiff,<br><br>-against-<br><br>BLOOMBERG L.P. and MARK CRUMPTON,<br><br>                      Defendants. | Case No. 1:22-cv-09136 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

       Plaintiff's request to file under seal unredacted versions of her pre-motion letter concerning her anticipated motion to exclude the testimony of Bloomberg's expert, Roni Lee Seltzer, M.D., Dkt. 132, and the two exhibits thereto, Dkts. 133 and 134, is GRANTED. Although the common law right of access to judicial documents is firmly rooted in the nation's history, this right is not absolute and courts "must balance competing considerations" against the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (3d Cir. 2006). There is a strong privacy interest in medical information, *Thor Equities, LLC v. Factory Mut. Ins. Co.*, No. 20-cv-03380 (AT), 2023 WL 6382684, at *1 (S.D.N.Y. Sept. 29, 2023), and in information pertaining to third parties, *see U.S. v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995) (citations omitted). Accordingly, it is appropriate here that unredacted versions of the pre-motion letter and accompanying exhibits be filed under seal. The Clerk of Court is respectfully directed to close the motion at Dkt. 131 and to maintain Dkts. 132-134 under seal.

Dated: December 17, 2024
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge