UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABIGAIL DOOLITTLE,

       Plaintiff,

   -against-

BLOOMBERG L.P. and MARK CRUMPTON,

       Defendants.

Case No. 1:22-cv-09136 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On December 20, 2024, Bloomberg LP requested leave to file Bloomberg's response to Plaintiff Abigail Doolittle's pre-motion letter seeking to exclude the testimony of Bloomberg's expert, Ronni Seltzer, under seal, at Plaintiff's request. Dkt. 142. Per the Court's Individual Practice Rules, Plaintiff was required to file, within three days, a letter explaining the need to seal or redact Bloomberg's pre-motion letter. To date, the Court has not received Plaintiff's letter explaining the need to file under seal.

On December 20, 2024, Plaintiff likewise moved to seal or redact her forthcoming responses to Defendants' letters requesting that the January 14, 2025 conference serve as a pre-motion conference. Dkt. 144. Plaintiff also requested, at Defendant Crumpton's request, leave to file under seal Exhibit B to her forthcoming response to Bloomberg's letter concerning its anticipated motion for summary judgment, and to redact references to the same in her response to that letter and her response to Mr. Crumpton's letter concerning his anticipated motion for summary judgment. Dkt. 144. To date, the Court has not received Mr. Crumpton's letter explaining the need for redactions.

1

Plaintiff and Mr. Crumpton shall file their respective letters explaining the need to file under seal and/or with redactions by January 3, 2025.

Dated: December 30, 2024
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

2