UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABIGAIL DOOLITTLE,

                    Plaintiff,

-against-

BLOOMBERG L.P. and MARK CRUMPTON,

                    Defendants.

Case No. 1:22-cv-09136 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court will hear oral argument on Defendants' summary judgment motion and on the parties' respective *Daubert* motions on **November 17, 2025,** at **10:30 a.m.**, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 30, 2025
          New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge